UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION


KATHY JO PLUMMER,                    )
                                     )
                    Plaintiff,       )
                                     )
        v.                           )        2:13-cv-208-WGH-WTL
                                     )
CAROLYN W. COLVIN, Acting            )
Commissioner of the Social Security, )
                                     )
                    Defendant.       )


# FINAL JUDGMENT ENTRY

After oral argument held before the Court on March 13, 2014, and

pursuant to the Order Affirming the Acting Commissioner's Decision entered

this date, the decision of the Acting Commissioner is **AFFIRMED**, and this case

is **DISMISSED, with prejudice**.


**Entered:** March 24, 2014

Laura A. Briggs, Clerk

BY: _____
        Deputy Clerk, U.S. District Court

_____
William G. Hussmann, Jr.
United States Magistrate Judge
Southern District of Indiana

**Served electronically on all ECF-registered counsel of record.**